UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Kimberly A. Morrison.   Chapter 7
                        Case No. 10-44626MBM
　　　　　　Debtor.      Hon. Marci B. McIvor
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $1,674.21, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| Debtor Surplus | Kimberly Morrison<br>13372 Kerr.<br>Southgate, MI 48195 | $ 1,674.21 |
| | **TOTAL:** | **$ 1,674.21** |

Dated:   11/3/11

/s/ Frederick J. Dery
Frederick J. Dery, Trustee
803 W. Big Beaver
Suite 353
Troy, MI 48084
fdery@fredjdery.com